IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:08CR101 |
| | ) | |
| MOHAMMAD ALAZZAM, | ) | Judge James C. Cacheris |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER OF DISMISSAL

WHEREAS, defendant MOHAMMAD ALAZZAM was indicted by a grand jury in this district in a two-count Indictment;

WHEREAS, on October 8, 2009, the defendant pled guilty to Count 1 of the Indictment;

AND WHEREAS, pursuant to the plea agreement in this case, the Government moves to dismiss Count 2 of the Indictment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Count 2 of the Indictment is dismissed without prejudice.

1/8/10

/s/
James C. Cacheris
United States District Judge
JAMES C. CACHERIS
UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:

Gordon D. Kromberg
Assistant United States Attorney