IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

   v.                                       Criminal No: 1:08cr101
                                            Hon. James C. Cacheris

MOHAMMAD ALAZZAM,

      Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that MOHAMMAD ALAZZAM, defendant in the above referenced matter, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and sentence entered in this matter on January 29, 2010.

                                            Respectfully Submitted,

                                            MOHAMMAD ALAZZAM
                                            By Counsel

                                            _____/S/_____
                                            Gregory E. Stambaugh, VA Bar #16089
                                            Counsel for Defendant Mohammad Alazzam
                                            9100 Church Street, Ste 103
                                            Manassas, Virginia 20110
                                            Tel: (703) 331-0220
                                            Fax (703) 331-3588
                                            Email: gregslaw@verizon.net

## CERTIFICATE OF SERVICE

I certify that on the 5th day of February, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

                                                                                        /S/

Gregory E. Stambaugh  
VSB # 16089  
Counsel for Defendant Mohammad Alazzam  
Law Office of Gregory E. Stambaugh  
9100 Church Street, Ste 103  
Manassas, VA 20110  
Phone: (703) 331-0220  
Fax: (703) 331-3588  
gregslaw@verizon.net